1  GEOFFREY A. HANSEN
   Acting Federal Public Defender
2  ANGELA M. HANSEN
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500

5  Counsel for Defendant BARAJAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>  )<br>  )<br>MANUEL BARAJAS MALDONADO,  )<br>  )<br>Defendant.  )<br>  )<br>_____ ) | No. CR-12-00457 SBA<br><br>STIPULATED REQUEST TO CONTINUE HEARING DATE TO AUGUST 30, 2012 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT AND [PROPOSED] ORDER<br><br>Hearing Date: August 9, 2012<br>Time:         9:30 a.m.<br><br>**The Honorable Kandis A. Westmore** |

The above-captioned matter is set on August 9, 2012 before the Honorable Kandis Westmore for a status hearing. The parties jointly request that the Court continue the matter to August 30, 2012, at 9:30 a.m., before the sitting magistrate court, and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, between August 9, 2012 and August 30, 2012, so that the defense can have time to review the discovery, to research the Guidelines range and to obtain prior records.

On June 7, 2012, the grand jury charged Manuel Barajas Maldonado as a deported alien found in the United States, a violation of 8 U.S.C. § 1326. On June 12, 2012, Mr. Barajas was arraigned on the Indictment and pleaded not guilty. Mr. Barajas faces a maximum sentence of 20

Stip. Req. To Continue Hearing Date and to
Exclude Time, No. CR-12-0457 SBA (KAW)

years imprisonment.

The government produced discovery in this case on Friday, July 6, 2012. The defense has reviewed that discovery but needs additional time to investigate the case and to obtain prior conviction records to assess Mr. Barajas' sentencing Guidelines range. For these reasons, the defense requests additional time, and the parties agree that this is an appropriate reason to continue this case until August 30, 2012.

The parties stipulate and agree that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial. The parties further agree that the failure to grant this continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Accordingly, the parties agree that the period of time from August 9, 2012 until August 30, 2012, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), for effective preparation of defense counsel, taking into account the exercise of due diligence.

DATED: August 7, 2012            /S/
WILLIAM J. GULLOTTA
Assistant United States Attorney

DATED: August 7, 2012            /S/
ANGELA M. HANSEN
Assistant Federal Public Defender

# ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1. Given that the defense needs additional time to review the discovery produced on July 6, 2012;

2. Given that the defense has requested additional time to investigate the case and to obtain prior conviction records to assess the sentencing Guidelines range;

3. Given that these above-listed tasks are necessary to the defense preparation of the case and that the failure to grant the requested continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence;

4. Given that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial;

Based on these findings, IT IS HEREBY ORDERED that the STATUS date of August 9, 2012, scheduled at 9:30 a.m., before the Honorable Kandis A. Westmore, is vacated and reset for August 30, 2012, at 9:30 a.m., before the sitting United States Magistrate Court. It is FURTHER ORDERED that time is excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), from August 9, 2012 until August 30, 2012.

August _8_, 2012

_/s/ Kandis Westmore_
KANDIS A. WESTMORE
United States Magistrate Judge